No. 95–1096. MICRON SEPARATIONS, INC. *v.* PALL CORP. C. A. Fed. Cir. Certiorari denied.

No. 96–235. CALIFORNIA FRANCHISE TAX BOARD *v.* MACFARLANE. C. A. 9th Cir. Certiorari denied.

No. 96–684. JONES *v.* RUNYON, POSTMASTER GENERAL. C. A. 10th Cir. Certiorari denied.

No. 96–766. ARGENT CHEMICAL LABORATORIES, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–812. HINES *v.* FRANKLIN HOMES, INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 96–815. D'AMELIA *v.* DOE. C. A. 2d Cir. Certiorari denied.

No. 96–851. MAXWELL *v.* J. BAKER, INC. C. A. Fed. Cir. Certiorari denied.

No. 96–856. YEE *v.* HUGHES AIRCRAFT CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–868. CONLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–900. VISWANATHAN *v.* BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–904. ZIMMERMAN ET AL. *v.* VOLKSWAGEN OF AMERICA, INC., ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 96–908. FORT STEWART ASSOCIATION OF EDUCATORS *v.* WESTON ET AL. C. A. 11th Cir. Certiorari denied.